**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

RAFAEL MARQUEZINI
         Plaintiff(s)

      V.                              CIVIL ACTION NOS. 12-CV-40101-TSH

SOURCE ONE FINANCIAL Co.
         Defendant(s)

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE Hillman

[ ]    The parties reported this case as settled prior to the mediation

**[X]**    **On  3/7/13    I held the following ADR proceeding**:

    _____    SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION
    \_\_\_X\_\_\_    MEDIATION    _____ SUMMARY BENCH / JURY TRIAL
    _____    MINI-TRIAL    _____ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]

The parties were / were not present in person or by authorized corporate officer [except _____].

The case was:

**[X]**    **Settled. Your clerk should enter a  60  day order of dismissal.**

[ ]    There was progress. A further conference may prove fruitful but no date has been set at this time.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

3/7/13                                                     Marianne B. Bowler, USMJ
DATE                                                 ADR Provider