**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


**Marquezini,**
        **Plaintiff(s),**

      **V.**

**CIVIL ACTION**

**NO. 12-40101-TSH**

**Source One Financial Co.,**
        **Defendant(s),**


**SETTLEMENT ORDER OF DISMISSAL**


**Hillman, D. J.**


     **The Court having been advised on**     **March 7, 2013**

**that the above-entitled action has been settled;**

     **IT IS ORDERED that this action is hereby dismissed without costs and without**

**prejudice to the right of any party, upon good cause shown, to reopen the action**

**within sixty (60) days if settlement is not consummated.**


                                   **By the Court,**


    **March 7, 2013**                          **/s/ Martin Castles**
        **Date**                                 **Deputy Clerk**